John D. Dunlop, Appellant, v. Agnes Haerter, Respondent.— Judgment affirmed, with costs. (See *Wadick* v. *Mace*, 191 N. Y. 1; *Genevetz* v. *Feiering*, 136 App. Div. 736, 737; *Hugel* v. *Habel*, 132 id. 327.) Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Huguenot Trust Company, Respondent, v. Peter Doern and Catherine Doern, Appellants, and Charles Otten, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

In the Matter of the Intermediate Judicial Account of Louis Z. Green, as Committee, etc., of James I. Doran, an Incompetent Person, etc., Appellant. Mary T. Mack, as Administratrix, etc., Respondent.— The evidence shows that the $1,005, in addition to other amounts received, was earned by the attorney who conducted the foreclosure proceedings. For that reason, and aside from the contract for compensation, we determine that the order, so far as it reduces the sum of $1,005 and surcharges the committee with the sum of $755, should be reversed, and the allowance of $1,005 should be restored. As so modified the order is affirmed, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

In the Matter of the Estate of Alfred Lonsdale, Deceased. In the Matter of the Petition of Eugene C. Worden, as Ancillary Administrator, etc., Respondent; The People of the State of New York and Others, Appellants.— Decree of the Surrogate's Court of Richmond county affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred

H. Cecil Jackson, Respondent, v. Redfern Company, Limited, Appellant.— Order, in so far as appealed from, reversed, with ten dollars costs and disbursements, and motion in its entirety granted, with ten dollars costs, upon the ground that, according to the well-settled practice as established by many decisions, the defendant is entitled to have a full bill of particulars as asked for in the notice of motion. (See *American Woolen Co. of New York* v. *Altkrug*, 137 App. Div. 621; *Rhodes* v. *Adams*, 113 id. 304; *Dempsey* v. *Bergen County Traction Co.*, 74 id. 474; *Dwyer* v. *Slattery*, 118 id. 345; *Hoareau* v. *Schwartzkopf*, 142 id. 69, 70; *Havholm* v. *Whale Creek Iron Works*, 159 id. 578, 582.) Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Ernest Jonson, Respondent, v. Merrill Brothers, Appellant, and Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ.

Harry Lifschutz, an Infant, by Louis Lifschutz, His Guardian ad Litem, Respondent, v. Benjamin Dramen, Appellant.— Order modified so as to impose, as a condition of granting the amendment, the payment by plaintiff of costs to date and ten dollars costs of motion, and as so modified affirmed, without costs. (See *Rosenberg* v. *Feiering*, 124 App. Div. 522.) Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Adelaide Lisena, as Administratrix, etc., of Raffaele Lisena, Deceased,